**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Antonio Derryl THOMAS, Defendant–Appellant.**

**No. 08–50563.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009 *.

Filed Jan. 8, 2010.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Michael J. Raphael, Esquire, Assistant U.S., Nancy Spiegel, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Kurt J. Mayer, Assistant Federal Public Defender, Office of the Federal Public Defender, Los Angeles, CA, for Defendant–Appellant.

Antonio Derryl Thomas, Long Beach, CA, pro se.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

### MEMORANDUM **

Antonio Derryl Thomas appeals from the district court's judgment revoking his supervised release and imposing a 30–day sentence of imprisonment, plus a new 32–month term of supervised release. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Thomas' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the oppor-

tunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.